## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE WANG, | ) |
|        Plaintiff, | ) )  ) Consolidated Case No. 1:21-cv-6426-ALC |
| v. | ) ) |
| NEW SENIOR INVESTMENT GROUP, INC., FRANCES ALDRICH SEVILLASACASA, SUSAN GIVENS, NORMAN K. JENKINS, MICHAEL D. MALONE, DAVID MILNER, ROBERT F. SAVAGE, and CASSIA VAN DER HOOF HOLSTEIN, | ) ) ) ) ) ) ) ) |
|        Defendants. | ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Matthew Hopkins hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 15, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff*